**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------x

FREDDY ABAD,

                Petitioner,

  -against-

UNITED STATES OF AMERICA,

                Respondent.

------------------------------------x

<u>ORDER</u>

21 Civ. 5625 (GBD)

GEORGE B. DANIELS, District Judge:

    The Clerk of Court is respectfully directed to close the above-captioned action.

Dated: September 30, 2024
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge